UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DINO N. THEODORE<br>and ACCESS WITH SUCCESS, INC.<br>　　　Plaintiffs<br><br>v.<br><br>DEMOULAS SUPER MARKETS, INC.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.: 05-<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3**

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

_____    The filing party, a non-governmental corporation, identifies the following parent companies (list name and addresses of each publicly held corporation that controls the filling party, directly or through others, or owns 10% or more of the party's stock):

**Not Applicable**

_____    The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

**Not Applicable**

__X__    The filing party has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,

1

                                The Plaintiffs,
                                ACCESS WITH SUCCESS, INC., and
                                Dino N. Theodore,

                                By their Attorney,

                                */s/ Nicholas S. Guerrera*
                                Nicholas S. Guerrera, BBO#554475
                                Shaheen, Guerrera & O'Leary, LLC
                                Jefferson Office Park
                                820A Turnpike Street
DATED: 2/9/05                North Andover, MA 01845
                                (978) 689-0800