AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
CLERKS OFFICE

———————— DISTRICT OF ————————

2005 MAR 14 P 3:22

U.S. DISTRICT COURT
DISTRICT OF MASS

Dino N. Theodore, Et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Demoulas Super Markets, Inc.

**05 10314 RGS**

TO: (Name and address of defendant)

Demoulas Super Markets, Inc.
c/o Sumner Darman (Its registered agent)
1320 Centre Street
Suite 203
Newton Centre, MA   02459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA   01845

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

FEB 16 2005

DATE

(BY) DEPUTY CLERK

05-10314-DPW

## RETURN OF SERVICE



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

March 8, 2005

I hereby certify and return that on 3/7/2005 at 4:55PM I served a true and attested copy of the SUMMONS, AMENDED COMPLAINT, CIVIL ACTION COVER SHEET & CATEGORY SHEET in this action in the following manner: To wit, by delivering in hand to Richard Blumenthal, attorney, agent, person in charge at the time of service for DEMOULAS SUPER MARKETS INC., at 1320 CENTRE Street, SUTIE 203 NEWTON CENTRE, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $42.92

*John F. Kennedy*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server _____

Address of Server _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.