UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DINO N. THEODORE,<br>Plaintiff,<br><br>v.<br><br>DeMOULAS SUPER MARKETS, INC.,<br>Defendant | Docket No. 05-10314RGS |

### Defendant's Rule 16.1(D)(3) Certificate

The Defendant and its counsel hereby certify that they have conferred with a view incident to a budget for the costs of conducting the full course and various alternative courses of this litigation and considered the resolution of this litigation through alternative dispute resolution.

Defendant,
By its attorney,

_____
Jeffrey C. McLucas, B.B.O.# 550650
McLUCAS & WEST, P.C.
141 Tremont Street, Fourth Floor
Boston, Massachusetts 02111
(617) 338-4242

Defendant,
DeMoulas Super Markets, Inc.,,

_____
Jay Rainville

### CERTIFICATE OF SERVICE

I, Jeffrey C. McLucas, Esq., counsel for the Defendant, in the above-entitled action, hereby certify that on this day, June 3, 2005, I served upon counsel for: the Plaintiff, **Dino N. Theodore**: Nicholas S. Guerrera, Esq., Shaheen Guerrera & O'Leary, LLC, Jefferson Office Park, 820A Turnpike Street, North Andover, MA 01845; a copy of Defendant's Rule 16.1(D)(3) Certificate, by mailing, first class, postage prepaid, to the attorney(s) of record.

Dated: June 3, 2005

_____
Jeffrey C. McLucas, Esq.