UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DINO THEODORE, ET AL

    V.                                CIVIL ACTION NO. 05-10314-RGS

DEMOULAS SUPERMARKETS

## O R D E R

STEARNS, DJ.                                                           SEPTEMBER 20, 2005

    AT THE RULE 16(b) CONFERENCE HELD BY THIS COURT ON JUNE 6, 2005, THE COURT ORDERED COUNSEL TO COMPLETE WRITTEN DISCOVERY BY SEPTEMBER 8, 2005, AND REPORT TO THE COURT BY SEPTEMBER 8, 2005 WHETHER THE COURT HAD FEDERAL JURISDICTION OVER THE MATTER. COUNSEL HAVE NOT COMPLIED.

    THEREFORE, IT IS THE ORDER OF THIS COURT THAT COUNSEL INFORM THIS COURT, IN WRITING, <u>BY SEPTEMBER 30, 2005,</u> WHETHER THERE IS A BASIS FOR FEDERAL JURISDICTION.

    SO ORDERED.

                                                             RICHARD G. STEARNS  
                                                              UNITED STATES DISTRICT JUDGE

                BY:

                                    /s/ Mary H. Johnson  
                                      Deputy Clerk

TO:    Attys. Guerrera and McLucas