UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DINO N. THEODORE,<br>                Plaintiff<br><br>v.<br><br>DEMOULAS SUPER MARKETS, INC.<br>Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 05-10314RGS<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 16.1 (D)(3) CERTIFICATE

The Plaintiff, Dino N. Theodore, and his counsel hereby certify that they have conferred with a view incident to a budget for the costs of conducting the full course and various alternative courses of this litigation and considered the resolution of this litigation through alternative dispute resolution.

                                                                              Respectfully Submitted,
                                                                              The Plaintiff, Dino N. Theodore,

                                                                              By his Attorney,


                                                                              /s/Nicholas S. Guerrera_____
                                                                              Nicholas S. Guerrera, BBO#551475
                                                                              Shaheen Guerrera & O'Leary, LLC
                                                                              Jefferson Office Park
                                                                              820A Turnpike Street
                                                                              North Andover, MA 01845
                                                                              (978) 689-0800

                                                                              /s/Dino N. Theodore_____
                                                                              Dino N. Theodore

## CERTIFICATE OF SERVICE

     I hereby certify that I served a true copy of this pleading on the defendant, through its counsel, in hand on this date pursuant to Fed. R. Civ. P. 5.

Dated: 9/27/05                                    /s/Nicholas S. Guerrera_____
                                                      Nicholas S. Guerrera