UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DINO THEODORE, et al

    V.                                      CIVIL ACTION NO. 05-10314-RGS

DEMOULAS SUPERMARKETS

# O R D E R

**STEARNS, DJ.**                                                        **MARCH 1, 2006**

COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO FILE WITH THIS COURT, EITHER JOINTLY OR SEPARATELY, A "STATUS REPORT".  SAID REPORT SHALL BE FILED WITH THE CLERK BY <u>WEDNESDAY, MARCH 15, 2006.</u>

SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

        **BY:**

                                        /s/ Mary H. Johnson
                                           **Deputy Clerk**