UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DINO N. THEODORE,                   )
         Plaintiff                  )
                                    )
    v.                              )   CIVIL ACTION 05-10314-RGS
                                    )
                                    )
DEMOULAS SUPER MARKETS, INC.,       )
         Defendant                  )
_____)

## PLAINTIFF'S STATUS REPORT TO COURT

**A.**  The following tasks have been completed:

1. Plaintiff's Request for Entry Upon Land Pursuant to Fed. R. Civ. P. 34(a)(2) – 9/9/05;

2. Plaintiff's Mandatory Disclosures Pursuant to Fed. R. Civ. P. 26 – 9/27/05;

3. Responses of Plaintiff to Interrogatories Propounded By Defendant – 9/29/05;

3. Plaintiff's Report to the Court Regarding Federal Question Jurisdiction – 9/30/05;

4. Plaintiff's Expert Disclosure – 9/30/05;

5. Settlement Demand to Defendant and Proposal to Mediate Case – 10/3/05; and

6. Plaintiff's Interrogatories to Defendant – 10/7/05.

**B**.  The following tasks must be completed:

1. Defendant's Responses to Interrogatories;

2. Defendant's Response to Settlement Proposal;

3. Defendant's Expert Disclosure;

3. Defendant's Deposition of Plaintiff and Plaintiff's Son (Noticed in September and postponed without rescheduling);

4. Plaintiff's Survey of Premises Pursuant to Fed. R. Civ. P. 34(a)(2);

5. Plaintiff's Experts' Reports;

6. Deposition of Defendant Pursuant to Fed. R. Civ. P. 30(b)(6).

          Respectfully submitted,
          The Plaintiff, DINO N. THEODORE,

          By his Attorneys,

          /s/ Nicholas S. Guerrera_____
          Nicholas S. Guerrera, BBO # 551475
          Shaheen, Guerrera & O'Leary, LLC
          Jefferson Office Park
          820A Turnpike Street
          North Andover, MA 01845
DATED: 3/15/06          (978) 689-0800

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Fed. R. Civ. P. 5.

          /s/Nicholas S. Guerrera_____
          Nicholas S. Guerrera

DATED: 3/15/06