UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DINO THEODORE )<br>        Plaintiff )<br>)<br>v. )<br>)<br>DEMOULAS SUPERMARKETS, INC. )<br>        Defendant )<br>) | CIVIL ACTION NO.: 05-10314-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and no party shall have the right of appeal.

Respectfully submitted,

DINO THEODORE

By his attorneys,

/s/Nicholas S. Guerrera
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800

Dated: 5/30/07

DEMOULAS SUPERMARKETS, INC.,

By its attorneys,

/s/Jeffrey C. McLucas
Jeffrey C. McLucas, BBO#550650
McLucas & West, P.C.
141 Tremont Street, 4th Floor
Boston, MA 02111
(617) 338-4242

Dated: 5/30/07

1

## CERTIFICATE OF SERVICE

    I, Nicholas S. Guerrera, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent, via First-Class Mail, to those indicated as non-registered participants, on this 30th day of May, 2007.

Dated: May 30, 2007

/s/ Nicholas S. Guerrera
Nicholas S. Guerrera